UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :          ORDER
         -v-                             :
                                         :
LUIS MERCED,                             :          19-CR-0832 (ER)
WILLIAM SKINNER, and                     :
DORIAN BROOKS,                           :
                       Defendants.       :
------------------------------------------------------------X

Ramos, D.J.:

    The pretrial conference previously scheduled for January 21, 2021 is hereby rescheduled to occur as a telephone conference on **January 20, 2021 at 9:00 a.m.**

    Counsel is directed to call **(877) 411-9748** and use access code **3029857#** when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

    It is SO ORDERED.

Dated: January 19, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.