UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/2/2021

UNITED STATES OF AMERICA,

—v—

LUIS MERCED,
WILLIAM SKINNER, and
DORIAN BROOKS,

                        Defendants.

19-cv-0832 (ER)

ORDER

RAMOS, D.J.:

    The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office has rescheduled jury selection and trial, previously scheduled to being on June 7, 2021, for **May 17, 2021**.

    Accordingly, the pretrial schedule is revised as follows:

- Motions in limine and proposed voir dire, jury instructions and verdict sheets are due **April 19, 2021.**

- Oppositions thereto are due **May 3, 2021.**

- A final pretrial conference will be held on **May 13, 2021 at 2:00 p.m.**

It is SO ORDERED.

Dated: March 2, 2021
       New York, New York

                                                          Edgardo Ramos, U.S.D.J.