

**MEMO ENDORSED**   March 22, 2021

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The application is  X  granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: 3/23/2021
New York, New York

**Re:** *United States v. Luis Merced et al.*, 19 Cr. 832 (ER)

Dear Judge Ramos:

    I write on behalf of Messrs. Merced, Brooks, and Skinner. When this matter was scheduled for a June 2021 trial, Your Honor ordered that initial defense motions in this case were due March 26, 2021, with the government's responses due April 9, 2021, and replies due April 16, 2021. Trial of this matter is now scheduled for December 2021. Given the change in the trial date and other issues being discussed between the parties, Messrs. Merced, Brooks, and Skinner respectfully <u>request that the motions deadline be adjourned to April 12, 2021 for the defendants' initial motions, May 3, 2021 for the government's responses, and May 10, 2021 for the defendants' replies</u>.

    The government, through AUSA Andrew Chan, indicated it has no objection to this request.

    Thank you for the Court's consideration of this letter motion.

Very truly yours,

/s/

Aaron Mysliwiec
*Attorney for Luis Merced*

CC:    AUSA Adam Hobson (via ECF)
       AUSA Andrew Chan (via ECF)
       Chris Madiou, co-counsel for Luis Merced (via ECF)
       George Goltzer, attorney for William Skinner (via ECF)
       Ying Stafford, attorney for William Skinner (via ECF)
       Mark DeMarco, attorney for Dorian Brooks (via ECF)
       Jeremy Schneider, attorney for Dorian Brooks (via ECF)