UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

LUIS MERCED,
WILLIAM SKINNER, and
DORIAN BROOKS,

                   Defendants.
--------------------------------------------------------x

**SCHEDULING ORDER**

19 Cr. 0832 (ER)

Ramos, D.J.:

On September 14, 2021, the parties were advised that the jury selection and trial in this matter was third in line for December 13, 2021.  Doc. 64.  The two other trials previously ahead of this matter will not be going forward.

The following trial schedule is adopted:

1. The final pretrial conference will be held on **December 7, 2021 at 2 p.m.**

2. Jury selection will be held on **December 8, 2021 at 10 a.m.**

3. Jury trial will commence on **December 13, 2021 at 9:30 a.m.**

It is SO ORDERED.

Dated: November 30, 2021
      New York, New York

                                               Edgardo Ramos, U.S.D.J.