UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             Plaintiff,

– against –

LUIS MERCED,
WILLIAM SKINNER, and
DORIAN BROOKS,

             Defendants.

**ORDER**

19 Cr. 0832 (ER)

Ramos, D.J.:

    On consent, Defendant Merced will be severed and the trial will proceed as scheduled with Defendants Skinner and Brooks.

It is SO ORDERED.

Dated:   December 1, 2021
            New York, New York

                                                               EDGARDO RAMOS, U.S.D.J.