

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/3/2022__
```

May 2, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    **Re:**    *United States v. Luis Merced*, **19 Cr. 832 (ER)**

Dear Judge Ramos:

    Christopher Madiou and I represent Luis Merced in the above-captioned case. Mr. Merced is scheduled to be sentenced by this Court on June 8, 2022.

    I write respectfully to request an adjournment of Mr. Merced's sentencing by approximately two weeks. The reason for this request is that I am scheduled to be on trial for approximately two weeks in the Eastern District of New York in the case of *United States v. Lamar Terry*, 2:18 Cr. 560 (DRH), beginning on May 9, 2022, and I anticipate needing additional time to finalize Mr. Merced's sentencing memorandum after that trial concludes.

    Accordingly, I respectfully request that the Court adjourn Mr. Merced's sentencing to June 22 (any time), June 23 (any time), or June 24, 2022 (before 1:30 p.m.). The government, through AUSA Andrew Chan, informed me it has no objection to this request. Thank you for the Court's consideration.

                        Respectfully submitted,

                        /s/

                        Aaron Mysliwiec
                        *Attorney for Luis Merced*

cc:    Counsel of record
        *via ECF*

> Sentencing is adjourned to June 28, 2022 at 10 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/3/2022__
> New York, New York