

**MEMO ENDORSED**

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The *Fatico* hearing is adjourned. Sentencing will proceed at 10am on June 28, 2022.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 15, 2022
> New York, New York

      **Re:**   *United States v. Luis Merced*, 19 Cr. 832 (ER)

Dear Judge Ramos:

    I write on behalf of Luis Merced, who is scheduled to be sentenced by this Court on June 28, 2022 after a *Fatico* hearing. ECF No. 131.

    I have conferred with Mr. Merced, and he withdraws his objection to paragraph 15 of the PSR. Accordingly, I believe a *Fatico* hearing is no longer necessary and respectfully request that the Court proceed directly with sentencing on the morning of June 28, 2022. The government, through AUSA Andrew Chan, informed me it has no objection to this request.

    Thank you for the Court's consideration of this letter motion.

                                                     Respectfully submitted,

                                                     /s/

                                                   Aaron Mysliwiec
                                                  *Attorney for Luis Merced*

cc:    Counsel of record
        *via ECF*