# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

**MEMO ENDORSED**

February 24, 2023

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Counsel is directed to submit a proposed order.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 2/27/2023
> New York, New York

Re:  *United States v. Luis Merced,* 19 Cr. 832 (ER)
     **Letter Motion to Supplement Record with Co-Defendant and State Court Records**

Dear Judge Ramos:

I represent Luis Merced in his pending appeal in the Second Circuit. We have been coordinating with the Second Circuit clerk's office regarding designation of the record on appeal. We seek to have the plea and sentencing transcripts of Mr. Merced's two co-defendants in the above case (Skinner and Brooks) submitted as part of Mr. Merced's record on appeal. We also seek to have the transcript of a 1991 Maryland state court case, *State of Maryland v. Luis Merced*, Crim. No. 91-2320, also submitted as part of Mr. Merced's record on appeal. We seek these submissions because we believe they are vital to examination of Mr. Merced's sentence as pronounced on June 29, 2022. In that proceeding, the Court at length comparative analyzed the co-defendant cases, and the sentencing rationale relied on in them. Also at sentencing, the Court relied on the 1991 Maryland case. In doing so, the Court was particularly puzzled why his sentence there had been reduced.

This case was very complex, involving a prosecution of a decades-old homicide, with multiple alleged participants and a tangled web of related cases. Under his current sentence, Mr. Merced will essentially be spending the rest of his life in prison, away from his family and loved ones. Mr. Merced deserves as vigorous an appellate defense as possible. Submission of these additional transcript to the court above greatly facilitates the ability to do so. It serves in the interest of justice.

All these records have already been docketed in the district court case, docket entries #171-183. Appeals staff in the SDNY clerk's office advises they require a court order to submit these docket entries as part of the record on appeal. Accordingly, I request such an order from this Court. Thank you.

Respectfully submitted,

*Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.** (NY #3001328)
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Luis Merced*

cc:  Adam Hobson, Esq. (Adam.Hobson@usdoj.gov)
     Andrew Chan, Esq. (andrew.chan@usdoj.gov)