UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

LUIS MERCED,

Defendant.

**ORDER**

S3 19 Cr. 832 (ER)

Ramos, D.J.:

Upon the application of Luis Merced by his attorney, Jeff Chabrowe, the Clerk of Court is respectfully directed to accept Docs. 171 through 183 as part of the record in this case and transmit forthwith these same record entries to the Second Circuit Court of Appeals as part of the formal record on appeal.

It is SO ORDERED.

Dated:  March 2, 2023
        New York, New York

Edgardo Ramos, U.S.D.J.