UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS MERCED,

Defendant.

**ORDER**

19 Cr. 832-1 (ER)

Ramos, D.J.:

On August 12, 2025, the Court ordered the government to respond to Merced's Motion to Vacate under 22 U.S.C. 2255 by September 8, 2025. Doc. 217. To date a response has not been filed. Accordingly, the government is directed to respond by Thursday, October 16, 2026. If a response is not filed by that date, the motion will be considered unopposed.

It is SO ORDERED.

Dated: September 25, 2025
New York, New York

Edgardo Ramos, U.S.D.J.