# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 914.462.3637

March 12, 2026

**MEMO ENDORSED**

Defendant's request is granted.  Defendant may file a reply in this case up to and including May 18, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: March 12, 2026
New York, New York

By ECF
Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Luis Merced,* 19 Cr. 832 (ER)
   **Letter Motion for Leave to File Reply**

Dear Judge Ramos:

I represent Luis Merced in Section 2255 petition currently pending before you.  We filed our petition on August 5, 2025. ECF 215.  After several extensions, the government's response is now due March 19, 2026.  We would like to request a 60-day period in which to prepare a reply to the government's response.  The issues raised in the 2255 are significant and fact intensive. We have defense counsel's affidavit to address.  We must review all our responses with Mr. Merced.  He is at FCI Danbury. With the significant staffing restraints in the BOP, it is difficult to get attorney-client privileged communication time.

Accordingly, we request leave to file a reply in this case up to and including May 18, 2026.

Thank you.

Respectfully submitted,

JEFFREY CHABROWE, ESQ. (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Luis Merced*

cc: Adam Hobson, Esq. (Adam.Hobson@usdoj.gov)
    Andrew Chan, Esq. (andrew.chan@usdoj.gov)
    Frank James Balsamello, Esq. (frank.balsamello@usdoj.gov)