# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

**MEMO ENDORSED**

June 10, 2026

> Merced's application to file a reply brief of up to 20 pages and to file it under seal is granted. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 233.
> SO ORDERED.
>
> _[signature]_
> Edgardo Ramos, U.S.D.J.
> Dated: 6/11/2026
> New York, New York

By ECF
Hon. Edgardo Ramos
United States District Court
Southern District of New
York 40 Foley Square
New York, New York 10007

Re:  *United States v. Luis Merced,* 19 Cr. 832 (ER)
     Letter Motion for Leave to File Reply Under Seal and Oversized

Dear Judge Ramos:

I represent Luis Merced in his Section 2255 petition currently pending before you. We filed our petition on August 5, 2025. ECF 215. We requested and were granted leave to file a reply to the government's `March 19, 2026 Response. Our Reply is currently due June 15, 2026. ECF 231.

We request leave to file that Reply under seal in its entirety. There is an existing Protective Order in this case, from the initial criminal case. ECF 13, 17. The issues we address in our Reply deal extensively with prior cooperator assistance to the government and specific debrief materials. It is not feasible to redact every potential reference. Therefore, to avoid any possible conflict, we seek leave to file the Reply under Seal.

We also seek leave to file an oversized Reply, up to twenty (20) pages not including the table of contents. The issues raised in the 2255 are significant and fact intensive, relating to both the 2019 criminal case and a preceding case from 1989. We require the additional page length to fully address these issues.

Accordingly, we request leave to file our Reply under seal and with additional page length, up to twenty pages. Thank you.

Respectfully submitted,

_[signature] Jeff Chabrowe_

**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Luis Merced*

cc:  Andrew Chan, Esq. (andrew.chan@usdoj.gov)
    Frank James Balsamello, Esq. (frank.balsamello@usdoj.gov)